UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PRESTON LEONARD SCHOFIELD,

    Plaintiff,

v.                               Case No. 8:16-cv-294-T-33AEP

STATE OF FLORIDA, et al.,

    Defendants.
_____/

**ORDER**

This matter comes before the Court upon consideration of United States Magistrate Judge Anthony E. Porcelli's Report and Recommendation (Doc. # 6), entered on April 18, 2016, recommending that Plaintiff Preston Leonard Schofield's construed Motion to Proceed *in forma pauperis* be denied and Schofield's Complaint be dismissed. As of the date of this Order, no objections have been filed and the time for filing objections has lapsed. The Court accepts and adopts the Report and Recommendation, denies the construed Motion to Proceed *in forma pauperis*, and dismisses the Complaint.[1]

**I.   Background**

Schofield, proceeding *pro se*, filed his Complaint on February 9, 2016. The Complaint alleges various violations of Schofield's

---

[1] Because the Court dismisses the Complaint, it need not address Schofield's Motion to Appoint Counsel (Doc. # 2).

1

civil rights under 42 U.S.C. § 1983 against the State of Florida, the Seminole County Sheriff's Office, the Hillsborough County Sheriff's Office, and the Pinellas County Sheriff's Office. (Doc. # 1). Shortly thereafter, Schofield filed an Affidavit of Indigency (Doc. # 4), which was referred to Judge Porcelli and construed as a Motion to Proceed *in forma pauperis*. Judge Porcelli subsequently entered the Report and Recommendation considered herein.

## II. Discussion

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo*

2

review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge and the recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**, **ADJUDGED**, and **DECREED**:

(1) The Report and Recommendation (Doc. # 6) is **ACCEPTED** and **ADOPTED**.

(2) Plaintiff Preston Leonard Schofield's construed Motion to Proceed in forma pauperis (Doc. # 4) is **DENIED.**

(3) Plaintiff Preston Leonard Schofield's Complaint is **DISMISSED.**

(4) The Clerk is directed to terminate all pending motions and, thereafter, **CLOSE** this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>9th</u> day of May, 2016.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE